IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DARRYL METCALF**                                                                      **PETITIONER**

**v.**                                                                                                                     **No. 4:20CV92-DMB-RP**

**JESSIE WILLIAM**                                                                         **RESPONDENT**

**ORDER SEALING DOCUMENTS**

As the instant petition for a writ of *habeas corpus* and supporting documents reveal the name of the victim of sexual assault, the Clerk of the Court is **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this, the 17th day of June, 2020.

                                                                            /s/    Roy Percy
                                                                            UNITED STATES MAGISTRATE JUDGE